**Stephen H. Buckley**, OSB #80178
shb@brownrask.com
**Cary R. Cadonau**, OSB #00224
crc@brownrask.com
BROWNSTEIN, RASK, et al.
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
      Attorneys for Plaintiffs

FILED
FEB 15 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON AND SOUTHWEST WASHINGTON PAINTERS PENSION TRUST FUND, et al., | Civil No. 10-350-BR |
| Plaintiffs, | **STIPULATED JUDGMENT** |
| v. | |
| FRANK AYRES, INC., | |
| Defendant. | |

Plaintiffs and Defendant Frank Ayres, Inc. hereby agree that Plaintiffs shall have a judgment of the Court against Defendant Frank Ayres, Inc. as follows:

IT IS HEREBY STIPULATED AND ADJUDGED that Plaintiffs shall have a judgment against Defendant Frank Ayres, Inc. in the amount of $15,571.60 in fringe benefits contributions and union dues; $1,704.34 in liquidated damages; and $7,362.25 in interest calculated through

PAGE 1 - **STIPULATED JUDGMENT**

October 20, 2009, with interest continuing to accrue on the sum of the fringe benefit contributions ($14,743.30) at the rate of 12% per annum from October 21, 2009, through entry of judgment, and interest continuing to accrue on the sum of the union dues ($828.30) at the rate of nine percent per annum from October 21, 2009, through entry of judgment; plus $1,534.91 in payroll examination fees, $4,143.75 in attorney fees and $713.12 in costs.

IT IS SO ADJUDGED AND ORDERED this 15th day of February 2011

*[signature]*

U.S. District Court Judge

**ANNA J. BROWN**

IT IS SO STIPULATED:

Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP

*[signature]*

Cary R. Cadonau, OSB # 00224
Of Attorneys for Plaintiffs
Date: 2/11/11

Frank Ayres, Inc.

*[signature]* Frank Ayres, President

Frank Ayres, in the capacity of President of Frank Ayres, Inc.
Date: 2/11/11

PAGE 2 - STIPULATED JUDGMENT